IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALLAN OWENS,

    Plaintiff,

v.

                                                                                         Case No. 18-cv-772-jdp

STEVEN WALL, JOY TASSLER,
RANDALL HEPP, CHRIS KRUEGER,
JAMES LABELLE, E. DAVIDSON,
M. PATTEN, L. BARTOW,
WENDY MOFILS, C. O'CONNELL,
S. POLK, S. ROBSON, ED WALL,
JON LITSCHER, MARK CLEMENTS,
W. ROSE, M. GREENWOOD, J. BOVEE,
PETER BARCA, SUSAN JOHNSON,
STEVEN FELLINGER, LINDA ELLEFSON,
and BRIDGETTE SMITH,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

/s/                                                       12/18/2020

Peter Oppeneer, Clerk of Court                         Date